IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAMELA JEAN PETERSON                                                                PLAINTIFF

v.                                    No. 4:12CV00712 JLH

CAROLYN COLVIN, Acting Commissioner,
Social Security Administration                                                      DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the final decision of the Commissioner of the Social Security Administration denying plaintiff Pamela Jean Peterson's application for disability income benefits is AFFIRMED. Judgment is entered in favor of the Commissioner. This action is dismissed with prejudice.

IT IS SO ORDERED this 15th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE